PETER C. ANDERSON
United States Trustee
Michael Hauser (SBN 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
email: michael.hauser@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Russell F. Little,<br><br><br><br><br><br>Debtor. | CASE NUMBER: 8:22-bk-10731-MH<br><br>CHAPTER 13<br><br><br>STIPULATION REGARDING COUNSEL'S FEES PURSUANT TO 11 U.S.C. § 329<br><br><br><br><br><br>Date:  [NO HEARING REQUIRED]<br>Time:<br>Ctrm: |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

It is stipulated**,** by and between Debtor's counsel, Brian J. Soo-Hoo of the Bankruptcy Law Professionals (the "Firm"), and the United States Trustee for Region 16 ("U.S. Trustee") through his counsel, Michael Hauser, as to the following facts:

1.  This case was commenced by the filing of a voluntary chapter 13 petition for relief on April 29, 2022.

2.  On July 21, 2022, the Court dismissed this case upon request for dismissal by the Debtor [see dkt. # 29].

3.  At the time of filing, the Debtor was represented by the Firm. The Debtor agreed to pay the Firm $4,500 for its services in this case. To date, the Debtor has paid the Firm $1,200, leaving a balance of $3,300.

**WHEREFORE, IT IS STIPULATED AND AGREED TO AS FOLLOWS:**

1.  If the Firm files a chapter 7 or 13 bankruptcy case for the Debtor prior to September 30, 2022, the Debtor will receive a credit of $1,200.  The Debtor will be responsible for payment of the filing fee and the Firm will file a Disclosure of Compensation form evidencing the agreement to give the Debtor a credit of $1,200.

2.  The agreement between the Firm and the Debtor for payment of the remaining $3,300 balance in this case shall be cancelled pursuant to 11 U.S.C. § 329(b).

Bankruptcy Law Professionals

Dated: 07 / 21 / 2022 _____

/s/ *Brian J. Soo-Hoo*
By:  Brian J. Soo-Hoo, Esq.
Attorney for the Debtor

U.S. TRUSTEE

Dated:  7/21/22 _____

*/s/ Michael Hauser* _____
By:  Michael Hauser
Attorney for U.S. Trustee

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA  92701

A true and correct copy of the foregoing document described as

STIPULATION REGARDING COUNSEL'S FEES Pursuant To 11 U.S.C. § 329

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JULY 22, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below

- Amrane (SA) Cohen (TR)     efile@ch13ac.com
- Nancy L Lee     bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Valerie Smith     claims@recoverycorp.com
- Brian J Soo-Hoo     ecf@bankruptcylawpros.com, soohoobr73647@notify.bestcase.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On**, JULY 22, 2022,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or aversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Russell F Little**
1514 E Edinger Ave #C
Santa Ana, CA 92705

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JULY 22, 2022,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2022 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**1**