Peter C. Anderson
United States Trustee
Michael Hauser, SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

FILED & ENTERED

JUL 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Russell F. Little,<br><br><br><br><br>Debtor. | CASE NUMBER: 8:22-bk-10731-MH<br><br>CHAPTER 13<br><br><br>**ORDER APPROVING STIPULATION REGARDING COUNSEL'S FEES PURSUANT TO 11 U.S.C. § 329**<br><br><br><br>Date:   [NO HEARING REQUIRED]<br>Time:<br>Courtroom: |

The Court having read and considered the Stipulation Regarding Counsel's Fees Pursuant to 11 U.S.C § 329 filed on July 25, 2022 at Docket # 33 ("Stipulation") and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

1

2. If Debtor's counsel, Brian J. Soo-Hoo of the Bankruptcy Law Professionals (the "Firm") files a chapter 7 or 13 bankruptcy case for the Debtor prior to September 30, 2022, the Debtor will receive a credit of $1,200.  The Debtor will be responsible for payment of the filing fee and the Firm will file a Disclosure of Compensation form evidencing the agreement to give the Debtor a credit of $1,200.

3. The agreement between the Firm and the Debtor for payment of the remaining $3,300 balance in this case shall be cancelled pursuant to 11 U.S.C. § 329(b).

###

Date: July 27, 2022

Mark Houle
United States Bankruptcy Judge